# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  05-cr-00425-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2.  JOSHUA HALL,
3.  MARISSA M. YINGLING-WINDBUSH,
4.  AARON R. BOWEN, and
6.  TRAVIS W. MILLER,

     Defendants.[1]

## SCHEDULING ORDER

**Blackburn, J.**

On May 5, 2006, I conducted a status-scheduling conference during which I received the report and requests of the parties. This order is entered to resolve some of the issues raised by or inherent to the matters addressed and discussed during the status conference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion To Toll Time Under the Speedy Trial Act**. . . [#78] filed March 28, 2006, **IS GRANTED**;[2]

---

[1] Defendants Michael E. Hall and Leonard Gooden do not appear in the case caption, because defendant Hall has been dismissed, *see* [#38], and defendant Gooden has entered a plea of guilty pursuant to a plea agreement and is awaiting sentencing, *see* [#114].

[2] The government's motion is entitled **Government's Motion To Toll Time Under the Speedy Trial Act, Issue a Writ Ad Prosequendum, And Set a Status Conference**. However, the writ was issued on April 10, 2006, *see* [#90], and the status conference was set via minute order, *see* [#98], entered April 24, 2006.

2. That defendants Hall, Bowen, and Miller **SHALL FILE** pretrial motions by June 2, 2006;[3]

3. That a response to a timely filed pretrial motion **SHALL BE FILED** no later than eleven (11) days after the filing of the pretrial motion;

4. That the government **SHALL INITIATE** a conference call to include the court (via Administrative Assistant, Ms. Susan Schmitz, at 303-335-2350), the government, and defendants Hall, Bowen, and Miller on **June 15, 2006, at 10:00 a.m.**, to set timely filed pretrial motions for hearing, if necessary;

5. That concerning defendants Hall, Bowen, and Miller, the Trial Preparation Conference set June 2, 2006, and the jury trial set to commence June 5, 2006, **ARE VACATED**;[4] and

6. That my **Second Trial Preparation Conference Order** [#45] entered December 9, 2005, **IS MODIFIED** accordingly.

Dated May 8, 2006, at Denver, Colorado.

                                  **BY THE COURT**
                                  s/ Robert E. Blackburn
                                  **Robert E. Blackburn**
                                  **United States District Judge**

---

[3] Defendant Yingling-Windbush was excluded deliberately because she has filed a **Motion for Additional Discovery** [#109], a **Renewed Motion for Severance** [#110], and a **Motion for Continuance of Trial Date** [#111], which I will address in separate orders.

[4] This does not apply to defendant Yingling-Windbush, pending ruling on her pending **Motion for Continuance of Trial Date** [#111] filed May 3, 2006.