**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 05-cr-00425-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MARISSA M. YINGLING WINDBUSH,

    Defendant.

---

### MINUTE ORDER[1]

---

    At the request of counsel and probation officer, Jennifer Nuanes, present in chambers on November 30, 2009, a hearing on violations of supervised release is set for **February 26, 2010**, at 1:30 p.m. The United States Marshal for the District of Colorado shall assist in securing the appearance of the defendant.

    Dated: November 30, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.